Good morning. In the integration of PhD supports, I will be talking about all 8 parts this morning, and I will refer to them by their different names, names that I've learned, so I'll show you what you need to prepare for them. You can hear the audio right now, and I'll have some tips on how to start in time. I'll have some tips for you. Thank you. This course, I'm going to be doing twice my performance in a PhD course, and I'm going to be talking about procedural errors. Even though those errors, procedural errors, largely ignored by the institution of law and development, actually reduced the time that I lost, I was born in the institution of law and development 12 years ago. In all the developments, procedural errors, in most instances, you're seeing first-degree. So that's first addressed. What I think is probably the most successful procedural error, and that, I think, is that this course was strong. So I'll try to express what I want to be, to give you an answer for the invention, and I think that you said that the concept is very clear, and it's important, especially in the circumstance. And also, I would disagree with the government's position that this is somehow policy error. This course has been very strong in its statements, and, in the last statistical report, it was Gaulle, and it would be in Carnegie, and it was to the Conrad House. It's the first instance that there is policy error. So my position, in regards to any other historical evidence, is that it's so badly neglected. And, as you mentioned, I think that there's a much broader picture of procedural errors than there ever was. Correct. And that's an error in its own addition. We have another question. It seems to me that the government's position, although it was in charge of the statistical report, that it should ignore the exact language in the guidelines, ignore the commentary, and ignore this course in the last year or two. And the question is, what rules did the guidelines provide that, if you're going to sentence someone to this 1.1, whether it be A or B, you need to trace those words. The language in the guidelines says that you applaud or applaud, and you always have it to go with all of these questions. So the government suggests that somehow it's a conspiracy to violate them, and you said that each of them should see the guidelines, and each of them is talking about their own problems. So we agree that it's not bad, and it's a test to go back to the research that's been done in the last year. I agree with you on that, but there's an outpost, or, you know, for many people online, there's an outpost, where you can use a word, such as intercept, and just off the top, it's a very safe thing to do. That's good. If you're going to use a statistic, it's not going to affect the institution in any way, so what we're going to do is we're going to bring in the representatives from the area that we're in, and I think, and I think I might bring up the area that we're in, about the regulations that have been automated, and one of the things that's interesting is on the official report, it says, you know, it's a little bit strange. The guideline here says that you can change any of the conditions that you meet and increase someone's privacy-based platform status and they don't make provisions for foreign contracts or foreign benefits such as liquidation. So, one of the difficulties that we have here is because the system court gave so little information as to why it's doing so much better, why they don't know anything, and that's just why they're not able to bring in any sort of information like that into the system. So, in, in, in,  in, in,     guidelines, there is an,
judges: W. Fletcher, Christen, Friedland